```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**ROBERT SAYRES**                                                    **PLAINTIFF**

      **v.**           **Civil No. 10-5139**

**TIM HELDER**                                                       **DEFENDANT**

<u>**O R D E R**</u>

NOW on this 15th day of August 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 25) to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds it sound in all respects.

**IT IS THEREFORE ORDERED** that Magistrate Judge's Report and Recommendation (Doc. 25) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motions to Proceed IFP on appeal (Docs. 21 and 22) are hereby **DENIED** as untimely and because plaintiff's appeal of the Court's Order dismissing his case (Doc. 15) is not taken in good faith.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**